IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DANNY L. BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:15cv695-MHT |
| | ) | (WO) |
| MS. KALA KACHMAR, News Reporter for the Montgomery Advertiser, et al., | ) ) ) ) ) | |
| Defendants. | ) | |

OPINION

Plaintiff filed this lawsuit against a newspaper reporter, various government officials, and others asserting discrimination, conspiracy, slander, and other claims related to a newspaper article about him and his termination.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's

recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 16th day of November, 2015.

                         /s/ Myron H. Thompson
                         **UNITED STATES DISTRICT JUDGE**